# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Christine Patricia Lucas**,** ) | JUDGMENT IN CASE | |
| ) | | |
| Plaintiff(s), ) | 1:20-cv-00338-GCM-DCK | |
| ) | | |
| vs. ) | | |
| ) | | |
| Commissioner of Social Security **,** ) | | |
| Defendant(s). ) | | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2022 Order.

December 6, 2022

Frank G. Johns, Clerk
United States District Court